IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ELBAOR                                                                                                   PLAINTIFF

vs.                                Case No. 4:13-cv-0447-JLH

ARKANSAS METHODIST HOSPITAL CORPORATION
D/B/A ARKANSAS METHODIST MEDICAL CENTER            DEFENDANT

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Arkansas Methodist Hospital Corporation, d/b/a Arkansas Methodist Medical Center ("Defendant") hereby submits its corporate disclosure statement:

Defendant does not have a parent corporation, and no publicly held corporation owns 10% or more of Defendant's stock.

/s/ Kim Flanery Coats
Kim Flanery Coats (96267)
Littler Mendelson, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, Arkansas 72701
Telephone:  479.582.6100
Fax:  479.582.6111
kcoats@littler.com

Attorney for Arkansas Methodist Medical Center

## CERTIFICATE OF SERVICE

   I hereby certify that on November 21, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

   Denise Reid Hoggard
   P.O. Box 17250
   Little Rock, AR 72222
   hoggard@rainfirm.com

               /s/ Kim Flanery Coats

Firmwide:124295642.1 079458.1001