IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES ELBAOR**                                                                                    **PLAINTIFF**

**vs.**                            **Case No. 4:13-cv-0447-JLH**

**ARKANSAS METHODIST HOSPITAL CORPORATION**
**D/B/A ARKANSAS METHODIST MEDICAL CENTER**           **DEFENDANT**

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Comes Plaintiff, James Elbaor, by and through his undersigned attorneys and for his Motion to Dismiss with Prejudice, states as follows:

1. The parties have fully resolved the instant matter in all respects and request that the Court dismiss the Complaint with prejudice, with each party to bear its own costs and fees, other than as provided in the settlement agreement.

WHEREFORE, Plaintiff request that this court dismiss the instant matter with prejudice in all respects, with each party to bear its own costs and fees, except as provided by the settlement agreement between the parties.

                                                  Respectfully submitted,

                                BY:   /s/ Denise Reid Hoggard
                                          DENISE REID HOGGARD, Bar No. 84072
                                          Rainwater, Holt & Sexton, P.A.
                                          P.O. Box 17250
                                          Little Rock, Arkansas 72222
                                          (501) 868-2500
                                          (501) 868-2525 (Fax)
                                          hoggard@rainfirm.com

                                          **Attorney for Plaintiff**

-2-

## CERTIFICATE OF SERVICE

      I, Denise Reid Hoggard, do hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all parties of record, via electronic mail, on this 20th day of August, 2015:

Paul E. Prather
Kimberly Coats
Littler Mendelson, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR 72701
PPrather@littler.com
KCoats@littler.com

                                                  /s/ Denise Reid Hoggard
                                                  Denise Reid Hoggard