**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES ELBAOR                                                  PLAINTIFF

v.                    No. 4:13CV00447 JLH

ARKANSAS METHODIST HOSPITAL
CORPORATION, d/b/a ARKANSAS
METHODIST MEDICAL CENTER                       DEFENDANT

**ORDER**

    Plaintiff's motion to dismiss is GRANTED. Document #32. This action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

    IT IS SO ORDERED this 21st day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE